**FILED**

October 24, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
NM

DEPUTY

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

SIGIFREDO MEDELLIN MARTINEZ,  §
§
Petitioner,  §
§
v.  §
§               **CIVIL NO. SA-25-CV-1319-OLG**
PAMELA JO BONDI *et al.*,  §
§
Respondents.  §

### O R D E R

On October 17, 2025, Petitioner Sigifredo Medellin Martinez filed a Petition for Writ of Habeas Corpus (Dkt. No. 1) pursuant to 28 U.S.C. § 2241. At that time, Petitioner also filed an Emergency Moton for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 3).

Upon consideration, **IT IS ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1), Motion (Dkt. No. 3), and this Order by U.S. Certified Mail Return Receipt Requested to the Office of the United States Attorney on behalf of all Respondents at the following addresses:

**Mary F. Kruger**
**U.S. Attorney's Office**
**Chief, Civil Division**
**601 NW Loop 410, Suite 600**
**San Antonio, Texas 78216**

**Warden Bobby Thompson**
**South Texas Detention Complex**
**566 Veteran Drive**
**Pearsall, Texas 78061**

Absent further order of the Court, such deliveries will constitute sufficient service of process upon all Respondents.

**IT IS FURTHER ORDERED** that Respondents shall file a response to the Petition (Dkt. No. 1) within **seven (7) days** of service.

**IT IS FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than **seven (7) days** after Respondents file their response.[1]

---

[1] The Court has established separate deadlines for briefing on the Motion (Dkt. No. 3). *See* Dkt. No. 6. The parties are free to file combined responses and replies to the Petition (Dkt. No. 1) and the Motion (Dkt. No. 3) in accordance with the deadlines established therein.

**SIGNED** this 23rd day of October, 2025.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE