**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**
November 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

**SIGIFREDO MEDELLIN MARTINEZ,**

　　　Petitioner,

v.

**PAMELA JO BONDI *et al.*,**

　　　Respondents.

§
§
§
§
§
§
§
§
§
§

**CIVIL NO. SA-25-CV-1319-OLG**

**O R D E R**

Pending before the Court is the status of the above-referenced case, in which an evidentiary hearing is currently set for **Wednesday, November 19, 2025, at 10:00 a.m.** Upon consideration, the Court issues the following order:

**IT IS ORDERED** that the evidentiary hearing is **RESET** to **Thursday, November 20, 2025, at 10:30 a.m.** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX. Petitioner shall be present for the hearing.

**IT IS SO ORDERED**.

**SIGNED** this 18th day of November, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE